UNITED STATES DISTRICT COURT
IN THE WESTERN DIVISION OF MASSACHUSETTS
SPRINGFIELD, MA

Civil Action No.:  17-CV-30174

THOMAS FORBES, as he is the              )
Personal Representative of the           )
Estate of GEORGE J. FORBES,              )
      Plaintiff                      )
                                     )
VS.                                      )
                                     )
GREGORY TRUCKING COMPANY,                )
INC., WILEY LENUE HOOKS,                 )
GREGORY LEASING COMPANY,                 )
INC., B S G LEASING, INC.,               )
B&C TIMBERS LLC, and                     )
BB&S ACQUISITION CORP.,                  )
      Defendants                     )

**<u>ANSWER OF THE DEFENDANT, BB&S ACQUISITION CORP., TO THE
PLAINTIFF'S FIRST AMENDED COMPLAINT WITH CLAIM OF TRIAL BY JURY
AND
CROSS CLAIMS VERSUS WILEY LENUE HOOKS AND
GREGORY TRUCKING COMPANY, INC.,
WITH CLAIM OF TRIAL BY JURY</u>**

## <u>ANSWER</u>

1.       The Defendant, BB&S Acquisition Corp., denies the allegations contained in paragraph 1 of the Plaintiff's First Amended Complaint.

2.       The Defendant, BB&S Acquisition Corp., denies the allegations contained in paragraph 2 of the Plaintiff's First Amended Complaint.

## <u>PARTIES</u>

3.       The Defendant, BB&S Acquisition Corp., has no knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 3 of the Plaintiff's First Amended Complaint.

4.      The Defendant, BB&S Acquisition Corp., has no knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 4 of the Plaintiff's First Amended Complaint.

5.      The Defendant, BB&S Acquisition Corp., has no knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 5 of the Plaintiff's First Amended Complaint.

6.      The Defendant, BB&S Acquisition Corp., has no knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 6 of the Plaintiff's First Amended Complaint.

7.      The Defendant, BB&S Acquisition Corp., has no knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 7 of the Plaintiff's First Amended Complaint.

8.      The Defendant, BB&S Acquisition Corp., has no knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 8 of the Plaintiff's First Amended Complaint.

9.      The Defendant, BB&S Acquisition Corp., has no knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 9 of the Plaintiff's First Amended Complaint.

**FACTUAL ALLEGATIONS**

10.     The Defendant, BB&S Acquisition Corp., has no knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 10 of the Plaintiff's First Amended Complaint.

11.     The Defendant, BB&S Acquisition Corp., has no knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 11 of the Plaintiff's First Amended Complaint.

12.     The Defendant, BB&S Acquisition Corp., has no knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 12 of the Plaintiff's First Amended Complaint.

13.     The Defendant, BB&S Acquisition Corp., has no knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 13 of the Plaintiff's First Amended Complaint.

14.     The Defendant, BB&S Acquisition Corp., has no knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 14 of the Plaintiff's First Amended Complaint.

15.     The Defendant, BB&S Acquisition Corp., has no knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 15 of the Plaintiff's First Amended Complaint.

16.     The Defendant, BB&S Acquisition Corp., denies the allegations contained in paragraph 16 of the Plaintiff's First Amended Complaint.

17.     The Defendant, BB&S Acquisition Corp., has no knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 17 of the Plaintiff's First Amended Complaint.

18.     The Defendant, BB&S Acquisition Corp., denies the allegations contained in paragraph 18 of the Plaintiff's First Amended Complaint.

19.     The Defendant, BB&S Acquisition Corp., denies the allegations contained in paragraph 19 of the Plaintiff's First Amended Complaint.

20.     The Defendant, BB&S Acquisition Corp., denies the allegations contained in paragraph 20 of the Plaintiff's First Amended Complaint.

21.     The Defendant, BB&S Acquisition Corp., denies the allegations contained in paragraph 21 of the Plaintiff's First Amended Complaint.

22.     The Defendant, BB&S Acquisition Corp., has no knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 22 of the Plaintiff's First Amended Complaint.

23.     The allegations in this paragraph constitute an opinion of Plaintiff's counsel to which no answer is required.

24.     The allegations in this paragraph constitute an opinion of Plaintiff's counsel to which no answer is required.

25.     The Defendant, BB&S Acquisition Corp., has no knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 25 of the Plaintiff's First Amended Complaint.

26.     The Defendant, BB&S Acquisition Corp., has no knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 26 of the Plaintiff's First Amended Complaint.

27.     The Defendant, BB&S Acquisition Corp., has no knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 27 of the Plaintiff's First Amended Complaint.

28.     The Defendant, BB&S Acquisition Corp., has no knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 28 of the Plaintiff's First Amended Complaint.

29.     The Defendant, BB&S Acquisition Corp., has no knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 29 of the Plaintiff's First Amended Complaint.

30.     The Defendant, BB&S Acquisition Corp., has no knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 30 of the Plaintiff's First Amended Complaint.

31.     The Defendant, BB&S Acquisition Corp., has no knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 31 of the Plaintiff's First Amended Complaint.

32.     The Defendant, BB&S Acquisition Corp., has no knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 32 of the Plaintiff's First Amended Complaint.

33.     The Defendant, BB&S Acquisition Corp., has no knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 33 of the Plaintiff's First Amended Complaint.

34.     The Defendant, BB&S Acquisition Corp., has no knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 34 of the Plaintiff's First Amended Complaint.

35.     The Defendant, BB&S Acquisition Corp., has no knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 35 of the Plaintiff's First Amended Complaint.

36.    The Defendant, BB&S Acquisition Corp., has no knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 36 of the Plaintiff's First Amended Complaint.

37.    The Defendant, BB&S Acquisition Corp., has no knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 37 of the Plaintiff's First Amended Complaint.

38.    The Defendant, BB&S Acquisition Corp., has no knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 38 of the Plaintiff's First Amended Complaint.

39.    The Defendant, BB&S Acquisition Corp., has no knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 39 of the Plaintiff's First Amended Complaint.

40.    The Defendant, BB&S Acquisition Corp., has no knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 40 of the Plaintiff's First Amended Complaint.

41.    The Defendant, BB&S Acquisition Corp., has no knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 41 of the Plaintiff's First Amended Complaint.

42.    The Defendant, BB&S Acquisition Corp., has no knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 42 of the Plaintiff's First Amended Complaint.

43.    The Defendant, BB&S Acquisition Corp., has no knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 43 of the Plaintiff's First Amended Complaint.

44.     The Defendant, BB&S Acquisition Corp., denies the allegations contained in paragraph 44 of the Plaintiff's First Amended Complaint.

45.     The Defendant, BB&S Acquisition Corp., has no knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 45 of the Plaintiff's First Amended Complaint.

46.     The Defendant, BB&S Acquisition Corp., denies the allegations contained in paragraph 46 of the Plaintiff's First Amended Complaint.

47.     The Defendant, BB&S Acquisition Corp., denies the allegations contained in paragraph 47 of the Plaintiff's First Amended Complaint.

48.     The Defendant, BB&S Acquisition Corp., has no knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 48 of the Plaintiff's First Amended Complaint.

49.     The Defendant, BB&S Acquisition Corp., has no knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 49 of the Plaintiff's First Amended Complaint.

50.     The Defendant, BB&S Acquisition Corp., denies the allegations contained in paragraph 50 of the Plaintiff's First Amended Complaint.

51.     The Defendant, BB&S Acquisition Corp., has no knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 51 of the Plaintiff's First Amended Complaint.

52.     The Defendant, BB&S Acquisition Corp., has no knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 52 of the Plaintiff's First Amended Complaint.

53.     The Defendant, BB&S Acquisition Corp., has no knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 53 of the Plaintiff's First Amended Complaint.

54.     The Defendant, BB&S Acquisition Corp., denies the allegations contained in paragraph 54 of the Plaintiff's First Amended Complaint.

55.     The Defendant, BB&S Acquisition Corp., has no knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 55 of the Plaintiff's First Amended Complaint.

56.     The Defendant, BB&S Acquisition Corp., denies the allegations contained in paragraph 56 of the Plaintiff's First Amended Complaint.

57.     The Defendant, BB&S Acquisition Corp., denies the allegations contained in paragraph 57 of the Plaintiff's First Amended Complaint.

58.     The Defendant, BB&S Acquisition Corp., denies the allegations contained in paragraph 58 of the Plaintiff's First Amended Complaint.

59.     The Defendant, BB&S Acquisition Corp., has no knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 59 of the Plaintiff's First Amended Complaint.

60.     The Defendant, BB&S Acquisition Corp., has no knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 60 of the Plaintiff's First Amended Complaint.

61.     The Defendant, BB&S Acquisition Corp., has no knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 61 of the Plaintiff's First Amended Complaint.

62.     The Defendant, BB&S Acquisition Corp., has no knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 62 of the Plaintiff's First Amended Complaint.

63.     The Defendant, BB&S Acquisition Corp., has no knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 63 of the Plaintiff's First Amended Complaint.

64.     The Defendant, BB&S Acquisition Corp., has no knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 64 of the Plaintiff's First Amended Complaint.

65.     The Defendant, BB&S Acquisition Corp., denies the truth of the allegations contained in paragraph 65 of the Plaintiff's First Amended Complaint.

66.     The Defendant, BB&S Acquisition Corp., has no knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 66 of the Plaintiff's First Amended Complaint.

67.     The Defendant, BB&S Acquisition Corp., has no knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 67 of the Plaintiff's First Amended Complaint.

68.     The Defendant, BB&S Acquisition Corp., has no knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 68 of the Plaintiff's First Amended Complaint.

69.     The Defendant, BB&S Acquisition Corp., has no knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 69 of the Plaintiff's First Amended Complaint.

70.     The Defendant, BB&S Acquisition Corp., denies the allegations contained in paragraph 70 of the Plaintiff's First Amended Complaint.

71.     The Defendant, BB&S Acquisition Corp., denies the allegations contained in paragraph 71 of the Plaintiff's First Amended Complaint.

72.     The Defendant, BB&S Acquisition Corp., denies the allegations contained in paragraph 72 of the Plaintiff's First Amended Complaint.

73.     The Defendant, BB&S Acquisition Corp., has no knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 73 of the Plaintiff's First Amended Complaint.

74.     The Defendant, BB&S Acquisition Corp., has no knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 74 of the Plaintiff's First Amended Complaint.

75.     The Defendant, BB&S Acquisition Corp., denies the allegations contained in paragraph 75 of the Plaintiff's First Amended Complaint.

76.     The Defendant, BB&S Acquisition Corp., denies the allegations contained in paragraph 76 of the Plaintiff's First Amended Complaint.

77.     The Defendant, BB&S Acquisition Corp., denies the allegations contained in paragraph 77 of the Plaintiff's Complaint.

78.     The Defendant, BB&S Acquisition Corp., denies the allegations contained in paragraph 78 of the Plaintiff's First Amended Complaint.

79.     The Defendant, BB&S Acquisition Corp., has no knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 79 of the Plaintiff's First Amended Complaint.

80.     The Defendant, BB&S Acquisition Corp., has no knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 80 of the Plaintiff's First Amended Complaint.

81.     The Defendant, BB&S Acquisition Corp., has no knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 81 of the Plaintiff's First Amended Complaint.

82.     The Defendant, BB&S Acquisition Corp., denies the allegations contained in paragraph 82 of the Plaintiff's First Amended Complaint.

83.     The Defendant, BB&S Acquisition Corp., has no knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 83 of the Plaintiff's First Amended Complaint.

84.     The Defendant, BB&S Acquisition Corp., denies the allegations contained in paragraph 84 of the Plaintiff's First Amended Complaint.

85.     The Defendant, BB&S Acquisition Corp., has no knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 85 of the Plaintiff's First Amended Complaint.

86.     The Defendant, BB&S Acquisition Corp., denies the allegations contained in paragraph 86 of the Plaintiff's First Amended Complaint.

87.     The Defendant, BB&S Acquisition Corp., denies the allegations contained in paragraph 87 of the Plaintiff's First Amended Complaint.

88.     The Defendant, BB&S Acquisition Corp., denies the allegations contained in paragraph 88 of the Plaintiff's First Amended Complaint.

89.     The Defendant, BB&S Acquisition Corp., denies the allegations contained in paragraph 89 of the Plaintiff's First Amended Complaint.

90.     The Defendant, BB&S Acquisition Corp., denies the allegations contained in paragraph 90 of the Plaintiff's First Amended Complaint.

91.     The Defendant, BB&S Acquisition Corp., denies the allegations contained in paragraph 91 of the Plaintiff's First Amended Complaint.

92.     The Defendant, BB&S Acquisition Corp., denies the allegations contained in paragraph 92 of the Plaintiff's First Amended Complaint.

93.     The Defendant, BB&S Acquisition Corp., denies the allegations contained in paragraph 93 of the Plaintiff's First Amended Complaint.

94.     The Defendant, BB&S Acquisition Corp., denies the allegations contained in paragraph 94 of the Plaintiff's First Amended Complaint.

95.     The Defendant, BB&S Acquisition Corp., denies the allegations contained in paragraph 95 of the Plaintiff's First Amended Complaint.

96.     The Defendant, BB&S Acquisition Corp., denies the allegations contained in paragraph 96 of the Plaintiff's First Amended Complaint.

97.     The Defendant, BB&S Acquisition Corp., denies the allegations contained in paragraph 97 of the Plaintiff's First Amended Complaint.

98.     The allegations in this paragraph constitute an opinion of Plaintiff's counsel to which no answer is required.

99.     The allegations in this paragraph constitute an opinion of Plaintiff's counsel to which no answer is required.

100.    The allegations in this paragraph constitute an opinion of Plaintiff's counsel to which no answer is required.

**AS TO COUNT I:**

101.    The Defendant, BB&S Acquisition Corp., re-alleges and incorporates herein by reference its answers to paragraphs 1 through 100 above.

102.    As the allegations contained in this paragraph pertain to other Defendants, no answer is required.  To the extent that said allegations pertain to this Defendant, this Defendant denies the allegations contained in this paragraph.

103.    As the allegations contained in this paragraph pertain to other Defendants, no answer is required.  To the extent that said allegations pertain to this Defendant, this Defendant denies the allegations contained in this paragraph.

104.    As the allegations contained in this paragraph pertain to other Defendants, no answer is required.  To the extent that said allegations pertain to this Defendant, this Defendant denies the allegations contained in this paragraph.

105.    As the allegations contained in this paragraph pertain to other Defendants, no answer is required.  To the extent that said allegations pertain to this Defendant, this Defendant denies the allegations contained in this paragraph.

**AS TO COUNT II:**

106.    The Defendant, BB&S Acquisition Corp., re-alleges and incorporates herein by reference its answers to paragraphs 1 through 105 above.

107.    The Defendant, BB&S Acquisition Corp., denies the allegations contained in paragraph 107 of the Plaintiff's First Amended Complaint.

108.    The Defendant, BB&S Acquisition Corp., denies the allegations contained in paragraph 108 of the Plaintiff's First Amended Complaint.

109     The Defendant, BB&S Acquisition Corp., denies the allegations contained in paragraph 109 of the Plaintiff's First Amended Complaint.

110.     The Defendant, BB&S Acquisition Corp., denies the allegations contained in paragraph 110 of the Plaintiff's First Amended Complaint.

111.     The allegations in this paragraph constitute an opinion of Plaintiff's counsel to which no answer is required.

112.     The allegations in this paragraph constitute an opinion of Plaintiff's counsel to which no answer is required.

## AS TO COUNT III:

113.     The Defendant, BB&S Acquisition Corp., re-alleges and incorporates herein by reference its answers to paragraphs 1 through 112 above.

114.     As the allegations contained in this paragraph pertain to other Defendants, no answer is required.  To the extent that said allegations pertain to this Defendant, this Defendant denies the allegations contained in this paragraph.

115.     As the allegations contained in this paragraph pertain to other Defendants, no answer is required.  To the extent that said allegations pertain to this Defendant, this Defendant denies the allegations contained in this paragraph.

116.     As the allegations contained in this paragraph pertain to other Defendants, no answer is required.  To the extent that said allegations pertain to this Defendant, this Defendant denies the allegations contained in this paragraph.

117.     As the allegations contained in this paragraph pertain to other Defendants, no answer is required.  To the extent that said allegations pertain to this Defendant, this Defendant denies the allegations contained in this paragraph.

118.     The allegations in this paragraph constitute an opinion of Plaintiff's counsel to which no answer is required.

119.    The allegations in this paragraph constitute an opinion of Plaintiff's counsel to which no answer is required.


**AS TO COUNT IV:**

120.    The Defendant, BB&S Acquisition Corp., re-alleges and incorporates herein by reference its answers to paragraphs 1 through 119 above.

121.    As the allegations contained in this paragraph pertain to other Defendants, no answer is required.  To the extent that said allegations pertain to this Defendant, this Defendant denies the allegations contained in this paragraph.

122.    As the allegations contained in this paragraph pertain to other Defendants, no answer is required.  To the extent that said allegations pertain to this Defendant, this Defendant denies the allegations contained in this paragraph.

123.    As the allegations contained in this paragraph pertain to other Defendants, no answer is required.  To the extent that said allegations pertain to this Defendant, this Defendant denies the allegations contained in this paragraph.

124.    As the allegations contained in this paragraph pertain to other Defendants, no answer is required.  To the extent that said allegations pertain to this Defendant, this Defendant denies the allegations contained in this paragraph.

125.    As the allegations contained in this paragraph pertain to other Defendants, no answer is required.  To the extent that said allegations pertain to this Defendant, this Defendant denies the allegations contained in this paragraph.

126.    As the allegations contained in this paragraph pertain to other Defendants, no answer is required.  To the extent that said allegations pertain to this Defendant, this Defendant denies the allegations contained in this paragraph.

127.     As the allegations contained in this paragraph pertain to other Defendants, no answer is required.  To the extent that said allegations pertain to this Defendant, this Defendant denies the allegations contained in this paragraph.

128.     As the allegations contained in this paragraph pertain to other Defendants, no answer is required.  To the extent that said allegations pertain to this Defendant, this Defendant denies the allegations contained in this paragraph.

129.     As the allegations contained in this paragraph pertain to other Defendants, no answer is required.  To the extent that said allegations pertain to this Defendant, this Defendant denies the allegations contained in this paragraph.

130.     As the allegations contained in this paragraph pertain to other Defendants, no answer is required.  To the extent that said allegations pertain to this Defendant, this Defendant denies the allegations contained in this paragraph.

131.     As the allegations contained in this paragraph pertain to other Defendants, no answer is required.  To the extent that said allegations pertain to this Defendant, this Defendant denies the allegations contained in this paragraph.

132.     The allegations in this paragraph constitute an opinion of Plaintiff's counsel to which no answer is required.

133.     The allegations in this paragraph constitute an opinion of Plaintiff's counsel to which no answer is required.

**AS TO COUNT V:**

134.     The Defendant, BB&S Acquisition Corp., re-alleges and incorporates herein by reference its answers to paragraphs 1 through 133 above.

135.     As the allegations contained in this paragraph pertain to other Defendants, no answer is required.  To the extent that said allegations pertain to this Defendant, this Defendant denies the allegations contained in this paragraph.

136.     As the allegations contained in this paragraph pertain to other Defendants, no answer is required.  To the extent that said allegations pertain to this Defendant, this Defendant denies the allegations contained in this paragraph.

137.     As the allegations contained in this paragraph pertain to other Defendants, no answer is required.  To the extent that said allegations pertain to this Defendant, this Defendant denies the allegations contained in this paragraph.

138.     As the allegations contained in this paragraph pertain to other Defendants, no answer is required.  To the extent that said allegations pertain to this Defendant, this Defendant denies the allegations contained in this paragraph.

139.     As the allegations contained in this paragraph pertain to other Defendants, no answer is required.  To the extent that said allegations pertain to this Defendant, this Defendant denies the allegations contained in this paragraph.

140.     As the allegations contained in this paragraph pertain to other Defendants, no answer is required.  To the extent that said allegations pertain to this Defendant, this Defendant denies the allegations contained in this paragraph.

141.     As the allegations contained in this paragraph pertain to other Defendants, no answer is required.  To the extent that said allegations pertain to this Defendant, this Defendant denies the allegations contained in this paragraph.

142.     As the allegations contained in this paragraph pertain to other Defendants, no answer is required.  To the extent that said allegations pertain to this Defendant, this Defendant denies the allegations contained in this paragraph.

143.     The allegations in this paragraph constitute an opinion of Plaintiff's counsel to which no answer is required.

144.     The allegations in this paragraph constitute an opinion of Plaintiff's counsel to which no answer is required.

## AS TO COUNT VI:

145.     The Defendant, BB&S Acquisition Corp., re-alleges and incorporates herein by reference its answers to paragraphs 1 through 144 above.

146.     As the allegations contained in this paragraph pertain to other Defendants, no answer is required.  To the extent that said allegations pertain to this Defendant, this Defendant denies the allegations contained in this paragraph.

147.     As the allegations contained in this paragraph pertain to other Defendants, no answer is required.  To the extent that said allegations pertain to this Defendant, this Defendant denies the allegations contained in this paragraph.

148.     As the allegations contained in this paragraph pertain to other Defendants, no answer is required.  To the extent that said allegations pertain to this Defendant, this Defendant denies the allegations contained in this paragraph.

149.     As the allegations contained in this paragraph pertain to other Defendants, no answer is required.  To the extent that said allegations pertain to this Defendant, this Defendant denies the allegations contained in this paragraph.

150.     As the allegations contained in this paragraph pertain to other Defendants, no answer is required.  To the extent that said allegations pertain to this Defendant, this Defendant denies the allegations contained in this paragraph.

151.     As the allegations contained in this paragraph pertain to other Defendants, no answer is required.  To the extent that said allegations pertain to this Defendant, this Defendant denies the allegations contained in this paragraph.

152.     As the allegations contained in this paragraph pertain to other Defendants, no answer is required.  To the extent that said allegations pertain to this Defendant, this Defendant denies the allegations contained in this paragraph.

## AS TO COUNT VII:

153.     The Defendant, BB&S Acquisition Corp., re-alleges and incorporates herein by reference its answers to paragraphs 1 through 152 above.

154.     The Defendant, BB&S Acquisition Corp., denies the allegations contained in paragraph 154 of the Plaintiff's First Amended Complaint.

155.     The Defendant, BB&S Acquisition Corp., denies the allegations contained in paragraph 155 of the Plaintiff's First Amended Complaint.

156.     The Defendant, BB&S Acquisition Corp., denies the allegations contained in paragraph 156 of the Plaintiff's First Amended Complaint.

157.     The Defendant, BB&S Acquisition Corp., denies the allegations contained in paragraph 157 of the Plaintiff's First Amended Complaint.

158.     The Defendant, BB&S Acquisition Corp., denies the allegations contained in paragraph 158 of the Plaintiff's First Amended Complaint.

159.     The Defendant, BB&S Acquisition Corp., denies the allegations contained in paragraph 159 of the Plaintiff's First Amended Complaint.

160.     The Defendant, BB&S Acquisition Corp., denies the allegations contained in paragraph 160 of the Plaintiff's First Amended Complaint.

161.    The Defendant, BB&S Acquisition Corp., denies the allegations contained in paragraph 161 of the Plaintiff's First Amended Complaint.

162.    The Defendant, BB&S Acquisition Corp., denies the allegations contained in paragraph 162 of the Plaintiff's First Amended Complaint.

163.    The Defendant, BB&S Acquisition Corp., denies the allegations contained in paragraph 163 of the Plaintiff's First Amended Complaint.

164.    The Defendant, BB&S Acquisition Corp., denies the allegations contained in paragraph 164 of the Plaintiff's First Amended Complaint.

165.    The Defendant, BB&S Acquisition Corp., denies the allegations contained in paragraph 165 of the Plaintiff's First Amended Complaint.

166.    The Defendant, BB&S Acquisition Corp., denies the allegations contained in paragraph 166 of the Plaintiff's First Amended Complaint.

167.    The Defendant, BB&S Acquisition Corp., denies the allegations contained in paragraph 167 of the Plaintiff's First Amended Complaint.

168.    The allegations in this paragraph constitute an opinion of Plaintiff's counsel to which no answer is required.

169.    The allegations in this paragraph constitute an opinion of Plaintiff's counsel to which no answer is required.

170.    The Defendant, BB&S Acquisition Corp., denies the allegations contained in paragraph 170 of the Plaintiff's First Amended Complaint.

171.    The Defendant, BB&S Acquisition Corp., denies the allegations contained in paragraph 171 of the Plaintiff's First Amended Complaint.

172.    The Defendant, BB&S Acquisition Corp., denies the allegations contained in paragraph 172 of the Plaintiff's First Amended Complaint.

173.    The Defendant, BB&S Acquisition Corp., denies the allegations contained in paragraph 173 of the Plaintiff's First Amended Complaint.

174.    The Defendant, BB&S Acquisition Corp., denies the allegations contained in paragraph 174 of the Plaintiff's First Amended Complaint.

175.    The Defendant, BB&S Acquisition Corp., denies the allegations contained in paragraph 175 of the Plaintiff's First Amended Complaint.

176.    The Defendant, BB&S Acquisition Corp., denies the allegations contained in paragraph 176 of the Plaintiff's First Amended Complaint.

177.    The Defendant, BB&S Acquisition Corp., denies the allegations contained in paragraph 177 of the Plaintiff's First Amended Complaint.

178.    The Defendant, BB&S Acquisition Corp., denies the allegations contained in paragraph 178 of the Plaintiff's First Amended Complaint.

179.    The Defendant, BB&S Acquisition Corp., denies the allegations contained in paragraph 179 of the Plaintiff's First Amended Complaint.

180.    The allegations in this paragraph constitute an opinion of Plaintiff's counsel to which no answer is required.

181.    The allegations in this paragraph constitute an opinion of Plaintiff's counsel to which no answer is required.

**AS TO COUNT VIII:**

182.    The Defendant, BB&S Acquisition Corp., re-alleges and incorporates herein by reference its answers to paragraphs 1 through 181 above.

183.    As the allegations contained in this paragraph pertain to other Defendants, no answer is required.  To the extent that said allegations pertain to this Defendant, this Defendant denies the allegations contained in this paragraph.

21

184.     As the allegations contained in this paragraph pertain to other Defendants, no answer is required.  To the extent that said allegations pertain to this Defendant, this Defendant denies the allegations contained in this paragraph.

185.     As the allegations contained in this paragraph pertain to other Defendants, no answer is required.  To the extent that said allegations pertain to this Defendant, this Defendant denies the allegations contained in this paragraph.

186.     As the allegations contained in this paragraph pertain to other Defendants, no answer is required.  To the extent that said allegations pertain to this Defendant, this Defendant denies the allegations contained in this paragraph.

187.     As the allegations contained in this paragraph pertain to other Defendants, no answer is required.  To the extent that said allegations pertain to this Defendant, this Defendant denies the allegations contained in this paragraph.

188.     The allegations in this paragraph constitute an opinion of Plaintiff's counsel to which no answer is required.

189.     The allegations in this paragraph constitute an opinion of Plaintiff's counsel to which no answer is required.

**AS TO COUNT IX:**

190.     The Defendant, BB&S Acquisition Corp., re-alleges and incorporates herein by reference its answers to paragraphs 1 through 189 above.

191.     The Defendant, BB&S Acquisition Corp., denies the allegations contained in paragraph 191 of the Plaintiff's First Amended Complaint.

192.     The Defendant, BB&S Acquisition Corp., denies the allegations contained in paragraph 192 of the Plaintiff's First Amended Complaint.

193.    The Defendant, BB&S Acquisition Corp., denies the allegations contained in paragraph 193 of the Plaintiff's First Amended Complaint.

194.    The Defendant, BB&S Acquisition Corp., denies the allegations contained in paragraph 194 of the Plaintiff's First Amended Complaint.

195.    The Defendant, BB&S Acquisition Corp., denies the allegations contained in paragraph 195 of the Plaintiff's First Amended Complaint.

196.    The Defendant, BB&S Acquisition Corp., denies the allegations contained in paragraph 196 of the Plaintiff's First Amended Complaint.

197.    The Defendant, BB&S Acquisition Corp., denies the allegations contained in paragraph 197 of the Plaintiff's First Amended Complaint.

198.    The allegations in this paragraph constitute an opinion of Plaintiff's counsel to which no answer is required.

199.    The allegations in this paragraph constitute an opinion of Plaintiff's counsel to which no answer is required.

## **AFFIRMATIVE DEFENSES**

AS AND FOR A SEPARATE, AFFIRMATIVE AND COMPLETE DEFENSE, THE DEFENDANT RESPECTFULLY SETS FORTH AND ALLEGES:  That BB&S Acquisition Corp. is not responsible for the conduct of the person(s) whose negligence is alleged to have caused the Plaintiff's injury or damage.

AS AND FOR A SEPARATE, AFFIRMATIVE AND COMPLETE DEFENSE, THE DEFENDANT RESPECTFULLY SETS FORTH AND ALLEGES:  That the Complaint fails to state a claim against this Defendant upon which relief can be granted.

AS AND FOR A SEPARATE, AFFIRMATIVE AND COMPLETE DEFENSE, THE DEFENDANT RESPECTFULLY SETS FORTH AND ALLEGES:  Defendant states that it is

exempt from tort liability for damages to Plaintiff to the extent provided under Chapter 90, Section 34M of the Massachusetts General Laws and that any damages recovered by Plaintiff should be reduced to the extent of benefits paid to Plaintiff under the provisions of Chapter 90, Sections 34A through M of the Massachusetts General Laws

AS AND FOR A SEPARATE, AFFIRMATIVE AND COMPLETE DEFENSE, THE DEFENDANT RESPECTFULLY SETS FORTH AND ALLEGES: Defendant states that it is exempt from tort liability to Plaintiff under Massachusetts General Laws, Chapter 90, Section 340.

AS AND FOR A SEPARATE, AFFIRMATIVE AND COMPLETE DEFENSE, THE DEFENDANT RESPECTFULLY SETS FORTH AND ALLEGES: This action is barred under the provisions of Massachusetts General Laws, Chapter 231, Section 6D.

AS AND FOR A SEPARATE, AFFIRMATIVE AND COMPLETE DEFENSE, THE DEFENDANT RESPECTFULLY SETS FORTH AND ALLEGES: That it is exempt from tort liability to Plaintiff under Massachusetts General Laws, Chapter 90, Section 34M.

AS AND FOR A SEPARATE, AFFIRMATIVE AND COMPLETE DEFENSE, THE DEFENDANT RESPECTFULLY SETS FORTH AND ALLEGES: That the comparative negligence of the Plaintiff was greater than the negligence of this Defendant, if any, wherefore, the Plaintiff cannot recover.

AS AND FOR A SEPARATE, AFFIRMATIVE AND COMPLETE DEFENSE, THE DEFENDANT RESPECTFULLY SETS FORTH AND ALLEGES: That the negligence of the Plaintiff contributed in some degree to the cause of the accident, wherefore, the damages, if any, awarded the Plaintiff should be diminished and reduced in accordance with M.G.L. Chapter 231, Section 85.

AS AND FOR A SEPARATE, AFFIRMATIVE AND COMPLETE DEFENSE, THE DEFENDANT RESPECTFULLY SETS FORTH AND ALLEGES:   That the act or acts/omission to act as alleged in First Amended Complaint, which are alleged to be negligent, were not caused by any person or entity over whom the Defendant exercised control and/or whom the Defendant was legally responsible.

AS AND FOR A SEPARATE, AFFIRMATIVE AND COMPLETE DEFENSE, THE DEFENDANT RESPECTFULLY SETS FORTH AND ALLEGES:  That the damages and injuries alleged by the Plaintiff were the result of an intervening and superseding cause over which the Defendant has no control and this Defendant is therefore not liable.

AS AND FOR A SEPARATE, AFFIRMATIVE AND COMPLETE DEFENSE, THE DEFENDANT RESPECTFULLY SETS FORTH AND ALLEGES:  That the Plaintiff has failed to plead adequate facts necessary to assert a cause of action for punitive damages, and any such claims must fail.

AS AND FOR A SEPARATE, AFFIRMATIVE AND COMPLETE DEFENSE, THE DEFENDANT RESPECTFULLY SETS FORTH AND ALLEGES:  That punitive damages are a form of punishment and the standard of proof to sustain such damages must be clear and convincing evidence to comport with the Due Process Clause of the Fourteenth Amendment of the United States Constitution.

AS AND FOR A SEPARATE, AFFIRMATIVE AND COMPLETE DEFENSE, THE DEFENDANT RESPECTFULLY SETS FORTH AND ALLEGES:  That any award of punitive damages based on vague, undefined standards would violate the due process clause of the Fourteenth Amendment of the United States Constitution.

AS AND FOR A SEPARATE, AFFIRMATIVE AND COMPLETE DEFENSE, THE DEFENDANT RESPECTFULLY SETS FORTH AND ALLEGES:  That any award of punitive

damages which is not subject to a pre-determined limit would violate the Due Process Clause of the Fourteenth Amendment in the prohibition of excessive finds of the Eighth Amendment of the United States Constitution.

AS AND FOR A SEPARATE, AFFIRMATIVE AND COMPLETE DEFENSE, THE DEFENDANT RESPECTFULLY SETS FORTH AND ALLEGES:  That the Plaintiff's claim for punitive damages cannot be sustained because the standard for determining liability for punitive damages under Massachusetts law is vague and arbitrary and does not define with sufficient clarity the conduct or mental state which gives rise to such a claim.  Therefore, any award of punitive damages would violate this Defendant's due process rights under the United States and Massachusetts Constitutions.

AS AND FOR A SEPARATE, AFFIRMATIVE AND COMPLETE DEFENSE, THE DEFENDANT RESPECTFULLY SETS FORTH AND ALLEGES:  That Plaintiff's claims for punitive damages cannot be sustained, because an award of punitive damages under Massachusetts law without proof of every element by clear and convincing evidence would violate this Defendant's rights under due process clauses of the United States and Massachusetts Constitutions.

AS AND FOR A SEPARATE, AFFIRMATIVE AND COMPLETE DEFENSE, THE DEFENDANT RESPECTFULLY SETS FORTH AND ALLEGES:  That Plaintiff's claims for punitive damages cannot be sustained, because any award of punitive damages under Massachusetts law without bifurcating the trial as to all punitive damages issues would violate this Defendant's due process rights under the United States and Massachusetts Constitutions.

AS AND FOR A SEPARATE, AFFIRMATIVE AND COMPLETE DEFENSE, THE DEFENDANT RESPECTFULLY SETS FORTH AND ALLEGES:  That Plaintiff's claims for punitive damages cannot be sustained because any judgment for punitive damages in this case

cannot protect this Defendant against multiple punishment for the same alleged wrong in future cases. Therefore, any award for punitive damages would violate this Defendant's due process rights under the United States and Massachusetts Constitutions.

## CROSS CLAIM VERSUS WILEY LENUE HOOKS
## WITH CLAIM OF TRIAL BY JURY

The Defendant/ Plaintiff in Cross Claim, BB&S Acquisition Corp., asserts the following Cross Claim against the Co-Defendant/Defendant in Cross Claim, Wiley Lenue Hooks.

1. The Defendant/Plaintiff in Cross Claim, BB&S Acquisition Corp., is a corporation duly organized under the laws of Rhode Island, with a principal place of business in North Kingston, Rhode Island.

2. The Defendant/Defendant in Cross Claim, Gregory Trucking Company, Inc., is believed to be a corporation duly organized under the laws of North Carolina, with a principal place of business at 147 Lumber Drive, Harmony, NC.

3. The Defendant/Defendant in Cross Claim, Wiley Lenue Hooks, is believed to be a natural person with a place of residence at 125 Mann Road, Harmony, NC.

4. The Plaintiff has filed suit against the Defendant, BB&S Acquisition Corp., in the above captioned action alleging that the Plaintiff's intestate, George J. Forbes, suffered great pain of body and anguish of mind, incurred large expenses for medical care and attendance, was prevented from transacting his business, and on August 26, 2016 the plaintiff's intestate, George J. Forbes, died.

5. On or about August 24, 2016, the Defendant/Defendant in Cross Claim, Wiley Lenue Hooks, was the operator of a commercial tractor trailer truck owned by the Defendant/Defendant in Cross Claim, Gregory Leasing Company, Inc.

6.   On or about August 24, 2016, the Defendant/Defendant in Cross Claim, Wiley Lenue Hooks, was operating said commercial tractor trailer truck, as the employee and/or agent of the Defendants, Gregory Leasing Company, Inc., Gregory Trucking Company, Inc., B S G Leasing, Inc., B&C Timbers, LLC and Mac Company, Inc. and BB&S Acquisition Corp.

7.   The Plaintiff has alleged that the Defendant, BB&S Acquisition Corp., is liable to the Plaintiff for alleged negligence resulting in personal injury to the Plaintiff's intestate, George J. Forbes.

8.   The Defendant/Plaintiff in Cross Claim, BB&S Acquisition Corp., denies any liability to the Plaintiff in this case and says that to the extent the Plaintiff has suffered personal injuries and/or damages as alleged, such damages resulted from the acts or omissions of Defendants/Defendants in Cross Claim, Wiley Lenue Hooks and Gregory Trucking Company, Inc.

## COUNT I

### (Contribution)

9.   Plaintiff in Cross-Claim, BB&S Acquisition Corp., repeats and incorporates herein by reference its allegations made in paragraphs 1 through 8 of the Cross Claim and makes them its allegations to this paragraph.

10.   Plaintiff in Cross Claim, BB&S Acquisition Corp., denies any liability to the Plaintiff and says that, to the extent that Plaintiff was allegedly injured/damaged, such injury/damages were proximately caused in whole or in part by the negligence of the Defendant/Defendant in Cross-Claim, Wiley Lenue Hooks.

11.   The Plaintiff in Cross Claim, BB&S Acquisition Corp., states that, to the extent it is found liable to the Plaintiff, such liability being specifically denied, then the

Defendant/Defendant in Cross Claim, Wiley Lenue Hooks, is liable for contribution to BB&S Acquisition Corp., pursuant to M.G.L. c.231B, §1, et seq.

WHEREFORE, the Plaintiff in Cross Claim, BB&S Acquisition Corp., requests judgment against Defendant in Cross Claim, Wiley Lenue Hooks, for his pro rata share of liability pursuant to G.L. c. 231B, together with its costs and interest thereon.

## COUNT II

### (Indemnification)

12.    Plaintiff in Cross Claim, BB&S Acquisition Corp., repeats and incorporates herein by reference its allegations made in paragraph 1 through 11 of the Cross Claim and makes them its allegations to this paragraph.

13.    If Plaintiff in Cross Claim, BB&S Acquisition Corp., is found liable for any of the Plaintiff's claims, such liability being specifically denied, then Plaintiff in Cross Claim, BB&S Acquisition Corp., is entitled to be indemnified in full by Defendant in Cross Claim, Wiley Lenue Hooks, pursuant to common law indemnification, where Plaintiff in Cross Claim, BB&S Acquisition Corp's, liability, if any, is solely derivative to the actual negligence of Defendant in Cross Claim, Wiley Lenue Hooks.

WHEREFORE, the Plaintiff in Cross Claim, BB&S Acquisition Corp., requests that the Court enter judgment against Defendant in Cross Claim, Wiley Lenue Hooks, in the full amount of any amount of any judgment that the Plaintiff in Cross Claim, BB&S Acquisition Corp., is ordered to pay, together with its costs, interest and reasonable attorney's fees.

## CROSS CLAIM VERSUS GREGORY TRUCKING COMPANY, INC. WITH CLAIM OF TRIAL BY JURY

The Defendant/ Plaintiff in Cross Claim, BB&S Acquisition Corp., asserts the following Cross Claims against the Co-Defendants/Defendants in Cross Claim, Wiley Lenue Hooks and Gregory Trucking Company, Inc.

1.     The Defendant/Plaintiff in Cross Claim, BB&S Acquisition Corp., is a corporation duly organized under the laws of Rhode Island, with a principal place of business in North Kingston, Rhode Island.

2.     The Defendant/Defendant in Cross Claim, Gregory Trucking Company, Inc., is believed to be a corporation duly organized under the laws of North Carolina, with a principal place of business at 147 Lumber Drive, Harmony, NC.

3.     The Defendant/Defendant in Cross Claim, Wiley Lenue Hooks, is believed to be a natural person with a place of residence at 125 Mann Road, Harmony, NC.

4.     The Plaintiff has filed suit against the Defendant, BB&S Acquisition Corp., in the above captioned action alleging that the Plaintiff's intestate, George J. Forbes, suffered great pain of body and anguish of mind, incurred large expenses for medical care and attendance, was prevented from transacting his business, and on August 26, 2016 the plaintiff's intestate, George J. Forbes, died.

5.     On or about August 24, 2016, the Defendant/Defendant in Cross Claim, Wiley Lenue Hooks, was the operator of a commercial tractor trailer truck owned by the Defendant/Defendant in Cross Claim, Gregory Leasing Company, Inc.

6.     On or about August 24, 2016, the Defendant/Defendant in Cross Claim, Wiley Lenue Hooks, was operating said commercial tractor trailer truck, as the employee and/or agent of the Defendants, Gregory Leasing Company, Inc., Gregory Trucking Company, Inc., B S G Leasing, Inc., B&C Timbers, LLC and Mac Company, Inc. and BB&S Acquisition Corp.

7.     The Plaintiff has alleged that the Defendant, BB&S Acquisition Corp., is liable to the Plaintiff for alleged negligence resulting in personal injury to the Plaintiff's intestate, George J. Forbes.

8.      The Defendant/Plaintiff in Cross Claim, BB&S Acquisition Corp., denies any liability to the Plaintiff in this case and says that to the extent the Plaintiff has suffered personal injuries and/or damages as alleged, such damages resulted from the acts or omissions of Defendants/Defendants in Cross Claim, Wiley Lenue Hooks and Gregory Trucking Company, Inc.

## COUNT I

### (Contribution)

9.      Plaintiff in Cross-Claim, BB&S Acquisition Corp., repeats and incorporates herein by reference its allegations made in paragraphs 1 through 8 of the Cross Claim and makes them its allegations to this paragraph.

10.     Plaintiff in Cross Claim, BB&S Acquisition Corp., denies any liability to the Plaintiff and says that, to the extent that Plaintiff was allegedly injured/damaged, such injury/damages were proximately caused in whole or in part by the negligence of the Defendants/Defendants in Cross-Claim, Gregory Trucking Company, Inc.

11.     The Plaintiff in Cross Claim, BB&S Acquisition Corp., states that, to the extent it is found liable to the Plaintiff, such liability being specifically denied, then the Defendant/Defendant in Cross Claim, Gregory Trucking Company, Inc., is liable for contribution to BB&S Acquisition Corp., pursuant to M.G.L. c.231B, §1, et seq.

WHEREFORE, the Plaintiff in Cross Claim, BB&S Acquisition Corp., requests judgment against Defendant in Cross Claim, Gregory Trucking Company, Inc., for their pro rata share of liability pursuant to G.L. c. 231B, together with its costs and interest thereon.

## COUNT II

**(Indemnification)**

12.    Plaintiff in Cross Claim, BB&S Acquisition Corp., repeats and incorporates herein by reference its allegations made in paragraph 1 through 11 of the Cross Claim and makes them its allegations to this paragraph.

13.    If Plaintiff in Cross Claim, BB&S Acquisition Corp., is found liable for any of the Plaintiff's claims, such liability being specifically denied, then Plaintiff in Cross Claim, BB&S Acquisition Corp., is entitled to be indemnified in full by Defendant in Cross Claim, Gregory Trucking Company, Inc., pursuant to common law indemnification, where Plaintiff in Cross Claim, BB&S Acquisition Corp's, liability, if any, is solely derivative to the actual negligence of Defendant in Cross Claim, Gregory Trucking Company, Inc.

WHEREFORE, the Plaintiff in Cross Claim, BB&S Acquisition Corp., requests that the Court enter judgment against Defendant in Cross Claim, Gregory Trucking Company, Inc., in the

full amount of any amount of any judgment that the Plaintiff in Cross Claim, BB&S Acquisition Corp., is ordered to pay, together with its costs, interest and reasonable attorney's fees.

THE DEFENDANT/PLAINTIFF IN CROSS CLAIM, BB&S ACQUISITION CORP., DEMANDS A TRIAL BY JURY ON ALL ISSUES OF FACT RAISED BY ANY PLEADINGS HEREIN.

THE DEFENDANT/PLAINTIFF IN
CROSS-CLAIM,
BB&S ACQUISITION CORP.,
By Its Attorney

*/s/ Thomas P. Schuler*
Thomas P. Schuler, Esq.: BBO #542475
Law Offices of Steven B. Stein
P.O. Box 2903
Hartford, CT   06104-2903
(413) 730-6350/Fax: (888) 275-7090
Tschuler@travelers.com

## CERTIFICATE OF SERVICE

I, Thomas P. Schuler, Esquire, hereby certify that on July 26, 2019 this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies sent to those indicated as non-registered participants.

*/s/ Thomas P. Schuler*
Thomas P. Schuler, Esquire