UNITED STATES DISTRICT COURT
IN THE WESTERN DIVISION OF MASSACHUSETTS
SPRINGFIELD, MA.

Civil Action No.17 CV 30174

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

THOMAS FORBES, as he is the
Personal Representative of the
Estate of GEORGE J. FORBES,
         PLAINTIFF

v.

GREGORY TRUCKING COMPANY,
INC., WILEY LENUE HOOKS, JR.,
GREGORY LEASING COMPANY, INC.
BSG LEASING, INC.; and
B&C TIMBERS LLC.
         DEFENDANTS
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

THOMAS FORBES' MOTIONS IN LIMINE

## TABLE OF CONTENTS

Thomas Forbes as he is the Personal Representative of the Estate of George Forbes
v.
Gregory Trucking Company, Inc. et. al.

C.A. No. 3:17 – CV 30174-MAP

Motion in Limine No. 1: Attorney Conducted panel Voir Dire....... 001

Motion in Limine No. 2: Violation of Seat Belt Law.................. 037

Motion in Limine No. 3: Pre-Charge to Jury............................. 047

Motion in Limine No. 4: Admissibility of Compliance Reviews...... 083

Motion in Limine No. 5: Prohibit the Word "Accident"................. 175

Motion in Limine No. 6: Allow Jury to Select its Own Foreperson... 183

Motion in Limine No. 7: Jury Instruction Re. Causation................ 195

Motion in Limine No. 8: Prohibit the word "Award""................... 209

Motion in Limine No. 9: Admission of Medical Records and Bills..... 213

Motion in Limine No. 10: Use of Multimedia in Opening............... 225

Motion in Limine No. 11: Prohibit Reference to past Bankruptcy....... 267

Motion in Limine No. 12: Exclude Apologies & Sympathy............. 277

Motion in Limine No. 13: 45:00 Minutes For Plaintiff's Opening...... 281

Motion in Limine No. 14: Jury List 30 days Before Trial................ 285

Motion in Limine No. 15: Request for 15 Peremptory Challenges..... 289

Motion in Limine No. 16: Mode & order of Examining Witnesses..... 293

70103/LIMINE-INDEX