Thomas Forbes as he is the Personal Representative of the Estate of George Forbes
v.
Gregory Trucking Company, Inc. et. al.
C.A. No. 3:17 – CV 30174-MAP

# UNITED STATES DISTRICT COURT
# IN THE WESTERN DIVISION OF MASSACHUSETTS
# SPRINGFIELD, MA.

Civil Action No. 17 CV 30174

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**THOMAS FORBES, as he is the Personal Representative of the Estate of GEORGE J. FORBES,**
  **PLAINTIFF**

v.

**GREGORY TRUCKING COMPANY, INC., WILEY LENUE HOOKS, JR., GREGORY LEASING COMPANY, INC. BSG LEASING, INC.; AND B&C TIMBERS LLC.**
  **DEFENDANTS**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## PLAINTIFF'S MOTION IN LIMINE NO. 5 REQUEST THE COURT REFRAIN FROM USING THE WORD "*ACCIDENT*" IN FRONT OF THE JURY

George (Joe) Forbes was killed when his pick-up truck was struck by a tractor trailer truck which ran a red light. The tractor trailer truck was owned by Gregory Trucking Co. Inc., (Gregory) and operated by Gregory's employee - Wiley Lenue Hooks, Jr. (Hooks). It is alleged Gregory negligently hired Hooks who had a pending criminal charge for driving while impaired (his 5th) when Gregory hired Hooks; and that Gregory was negligent in training and supervising Hooks, as well as negligently entrusting the driver with a tractor trailer truck.

Thomas Forbes as he is the Personal Representative of the Estate of George Forbes
v.
Gregory Trucking Company, Inc. et. al.

C.A. No. 3:17 – CV 30174-MAP

1  The Plaintiff in the above-entitled action moves this Honorable Court to
2  refrain from using the word *"accident"* in front of the jury or the jury venire.
3
4  In 1997, the National Highway Transportation Traffic Safety Administration
5  banned use of the word *"accident"* in material published and distributed by
6  the DOT/NHTSA as well as in speeches and public remarks or
7  communications by the agency. "The concept of *'accident'* works against
8  bringing all the appropriate resources to bear on the enormous problem of
9  motor vehicle collisions. Continuous use of the word *'accident'* fosters the
10 idea that the resulting injuries are an unavoidable part of life." NHTSA,
11 1997
12
13 The Federal Highway Administration has done the same. In the years that
14 have followed, medical organizations have also replaced *"accident"* with
15 crash. In fact, on January 1, 2016 the state of Nevada enacted a law, passed
16 almost unanimously in the legislature, to change *"accident"* to "crash" in
17 dozens of instances where the word is mentioned in state laws, like those
18 covering police and insurance reports. Richtel, Matt, "It's No Accident:
19 Advocates Want to Speak of Car 'Crashes' Instead," N.Y. Times 22 May
20 2016.

In 2016 the venerable news agency Associated Press added a number of entries to their stylebook; among those was the dictum that the word *"accident"* should be avoided when referring to car crashes in which negligence was claimed or proven. The A.P. explained their decision by saying *"accident"* "can be read by some as a term exonerating the person responsible." A.P. Stylebook, 2016.

Use of the word *"accident"* infers an unpreventable, unavoidable event, over which the person involved has no control, and therefore, for which the person has no fault or responsibility. The dictionary definition of the word *"accident"* is further reason to discard this poisonous word.

> Accident,/ac.ci.dent/ *n.*: an unforeseen event; an event that happens by chance or that is without apparent or deliberate cause.[1]

Use of the word *"accident"* in front of a jury sets a tone for the venire that should be avoided. Use of the more neutral words "crash." Is a far better choice.

---

[1] Miriam Webster Dictionary 6th ed.

1    Crashes can be major or minor; they can be entirely happenstance with no
2    blame or they can be intentional. Crash speaks to the physical event that
3    took place, whereas *"accident"* speaks to the circumstance.

5    For all the foregoing reasons, Plaintiff hereby moves this Honorable Court
6    refrain from using the word *"accident"* in the description of the case and at
7    any time in front of the venire and the jury, substituting instead the word
8    "crash".

10 **Dated:**

12 THOMAS FORBES, as he is the
13 Personal Representative of the
14 Estate of GEORGE J. FORBES

16 By: */s/ Dino M. Tangredi*

18 **Dino M. Tangredi**
19 **BBO No. 567928**
20 **The Miles Pratt House**
21 **106 Mount Auburn Street**
22 **Watertown, MA. 02472**
23 **T:   617-926-0012**
24 **F:   617.926.0016**
25 **masslaw@dinotangredi.com**

30 DMT/mlt
31 70103/limine-5-"accident"

*Thomas Forbes as he is the Personal Representative of the Estate of George Forbes v. Gregory Trucking Company, Inc. et. al.*
*C.A. No. 3:17 – CV 30174-MAP*



MENU

# Why the National Highway Traffic Safety Administration Doesn't Use 'Accidents'

Call them crashes, collisions, even incidents, just don't call them 'accidents,' emphatically states Mark R. Rosekind, Ph.D., Administrator for the National Highway Traffic Safety Administration (NHTSA), the nation's premier traffic safety agency.

May 24, 2016, 10am PDT | Irvin Dawid

    



TAYAKORN PALAPITAI / Shutterstock

"In our society, language can be everything," states Mark R. Rosekind, Ph.D., National Highway Traffic Safety Administration Administrator, in response to a question at a May 10, Harvard University—School of Public Health Conference, "Drowsy Driving and Public Health" as to whether 'drowsy' is the best word used to describe sleep-deprived driving. "I'll just tell you, in my agency, crash is not an accident."

PX~MIL~179

> When you use the word 'accident', it's like God made it happen. For us, 32,675 lives lost on our roads in 2014 — all those crashes, all those lives lost, were 100 percent preventable. The language you use is important.

Rosekind and other public safety advocates have their work cut out if the conference at Harvard University's School of Public Health is any indication of just how often the word is used, even among those who should know better.

In introducing the panel, which includes Arianna Huffington, editor-in-chief of *The Huffington Post* and author of "The Sleep Revolution," moderator Richard Knox, who reports on health and science and writes for *CommonHealth*, the health blog of WBUR NPR's affiliate here in Boston, states,

> Accidents caused by drowsy drivers drivers happen every day. But it's hard to know the exact numbers. The National Highway Traffic Safety Administration says there were more than 72,000 police-reported accidents involving drowsy drivers between 2009 and 2013....

Even after hearing Rosekind, Knox repeatedly used "accidents" in his May 13 article in WBUR's *CommonHealth* on the conference.

In fact, NHTSA dropped the word 'accidents' after they launched their "crashes are not accidents" campaign in 1997 as noted in an earlier post.

"Dr. Rosekind has added his voice to a growing chorus of advocates who say that the persistence of crashes — driving is the most dangerous activity for most people — can be explained in part by widespread apathy toward the issue," writes Matt Richtel in *The New York Times*.

> That is the position of a growing number of safety advocates, including grass-roots groups federal officials and state and local leaders across the country. They are campaigning to change a 100-year-old mentality that they say trivializes the single most common cause of traffic incidents: human error.
>
> Changing semantics is meant to shake people, particularly policy makers, out of the implicit nobody's-fault attitude that the word "accident" conveys, they said.

One outspoken advocacy group, Families for Safe Streets in New York City, launched a campaign directed at language: Let's stop saying "accident" today. Take the #CrashNotAccident pledge. So far, 4,207 readers have pledged.

## Successes

- On Jan. 1, the state of Nevada enacted a law, passed almost unanimously in the Legislature, to change "accident" to "crash" in dozens of instances where the word is mentioned in state laws, like those covering police and insurance reports.
- New York City adopted a policy in 2014 [stated in the Vision Zero Action Plan PDF] to reduce fatalities that states the city "must no longer regard traffic crashes as mere 'accidents,' " and other cities, including San Francisco, have taken the same step.

PX~MIL~180

- At least 28 state departments of transportation have moved away from the term "accident" when referring to roadway incidents, according to Jeff Larason, director of highway safety for Massachusetts [and president of Safe Roads Alliance]. The traffic safety administration changed its own policy in 1997, but has recently become more vocal about the issue.
- Mr. Larason, a former television traffic reporter, started a blog called "Drop The A Word" and has led a campaign to get major media outlets to stop using the term. Last year, he enlisted supporters to join with grass-roots groups in urging The Associated Press to clarify how reporters should use the word "accident."

See the *Planetizen* post on the new 'conditional' policy adopted by The Associated Press last month, only using 'crash' when driver negligence is proven or suggested. While clearly not going where safety advocates would like, Richtel's paper, *The New York Times* has yet to adopt any guidelines.

Richtel does present the positions of those who defend using the term 'accident,' which continues to be used for all modes of transportation by the NHTSA's half-sister, the National Transportation Safety Board. [See "Accident Reports"]. Unlike NHTSA, which falls under the U.S. Department of Transportation, the NTSB is an independent agency placed within the DOT for administrative purposes, according to its webpage.

Richtel also explores the interesting origin of the word with transportation historian Peter Norton, who is occasionally cited here, when manufacturing industries use the word to absolve them of responsibility when employees were injured on the job.

Hat tip to Mark Boshnack.

**FULL STORY:** It's No Accident: Advocates Want to Speak of Car 'Crashes' Instead
Published on Sunday, May 22, 2016 in *The New York Times*

**TOPICS** | United States | Transportation | Accidents ( MORE )

ALSO ON PLANETIZEN

California Governor Gavin Newsom announced yesterday an executive ...

The 2020 Census is sorely lacking in leadership, but planners can help.

Expectations that the economic downturn of the COVID-19 pandemic will ...

The University Urbana-Champ developed a ...

2 Comments   Planetizen  🔒 Disqus' Privacy Policy       1 Login

♡ Recommend        Sort by Newest

Join the discussion...

LOG IN WITH    OR SIGN UP WITH DISQUS ?

Name

**IrvinDawid** • 4 years ago

re: "For us, 32,675 lives lost on our roads in 2014."
2015 update: 35,092 traffic deaths
http://www.planetizen.com/n...

• Reply • Share ›

**IrvinDawid** • 4 years ago

Succinct version of NYT piece written by Steph Willems in The Truth About Cars: Replace the Word 'Accident' With 'Crash,' Advocates Demand, May 23, 2016
"While texting and rear-ending isn't an act of God, roughly six percent of vehicle incidents can't be attributed to driver error. A debris-caused tire blowout, storm-tossed tree limb, bolting deer or mechanical breakdown aren't a driver's fault any more than a bird strike is a pilot's fault." That differs from Rosekind's declaration that 100 percent of crashes are preventable.

Copyright Planetizen, Inc. © 2000 - 2020. All rights reserved.