# UNITED STATES DISTRICT COURT
# IN THE WESTERN DIVISION OF MASSACHUSETTS
# SPRINGFIELD, MA.

Civil Action No.17 CV 30174

*****************************************

THOMAS FORBES, as he is the
Personal Representative of the
Estate of GEORGE J. FORBES,
             PLAINTIFF

v.

GREGORY TRUCKING COMPANY,
INC., WILEY LENUE HOOKS, JR.,
GREGORY LEASING COMPANY, INC.
BSG LEASING, INC.;  and
B&C TIMBERS LLC.
             DEFENDANTS

*********************************************

## MOTION IN LIMINE NO. 8
## JURY INSTRUCTION REGARDING THE WORD 'AWARD'

George (Joe) Forbes was killed when his pick-up truck was struck by a tractor trailer truck which ran a red light. The tractor trailer truck was owned by Gregory Trucking Co. Inc., (Gregory) and operated by Gregory's employee - Wiley Lenue Hooks, Jr. (Hooks). It is alleged Gregory negligently hired Hooks who had a pending criminal charge for driving while impaired (his 5th) when Gregory hired Hooks; and that Gregory was negligent in training and supervising Hooks, as well as negligently entrusting the driver with a tractor trailer truck.

1  The plaintiff asks the court to not use the word '*award*' at any time it speaks
2  to the jury.
3
4  As grounds therefore the Plaintiff states he is not seeking a prize and the
5  word '*award*' means just that according to the Merriam-Webster dictionary:
6
7  *Award:* / ə-'wȯrd / *noun,*
8      A prize or other mark of recognition given in honor of an
9      achievement.
10
11
12  Plaintiff has crossed out the word 'award' throughout his proposed jury
13  instructions and substituted it with these proposed alternatives:
14
15      Judgement;
16      Allow; and/or
17      Provide
18
19
20  WHEREFORE, Plaintiff asks the court to not use the word '*award.*'
21
22
23
24
25
26
27

Thomas Forbes as he is the Personal Representative of the Estate of George Forbes
v.
Gregory Trucking Company, Inc. et. al.

C.A. No. 3:17 – CV 30174-MAP

1

2

3 **Dated:**

4

5 THOMAS FORBES, as he is the
6 Personal Representative of the
7 Estate of GEORGE J. FORBES

8

9 By: */s/ Dino M. Tangredi*

10

11 **Dino M. Tangredi**
12 **BBO No. 567928**
13 **The Miles Pratt House**
14 **106 Mount Auburn Street**
15 **Watertown, MA. 02472**
16 **T:     617-926-0012**
17 **F:     617.926.0016**

18

19

20

21

22

23

24

25
26 DMT/mlt
27 70103/LIMINE-8-word-award

Thomas Forbes as he is the Personal Representative of the Estate of George Forbes
v.
Gregory Trucking Company, Inc. et. al.
C.A. No. 3:17 – CV 30174-MAP

PX~MIL~212