# UNITED STATES DISTRICT COURT
# IN THE WESTERN DIVISION OF MASSACHUSETTS
# SPRINGFIELD, MA.

Civil Action No.17 CV  30174

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**THOMAS FORBES, as he is the Personal Representative of the Estate of GEORGE J. FORBES,**
**PLAINTIFF**

v.

**GREGORY TRUCKING COMPANY, INC., WILEY LENUE HOOKS, JR., GREGORY LEASING COMPANY, INC. BSG LEASING, INC.;  and B&C TIMBERS LLC.**
**DEFENDANTS**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION IN LIMINE NO. 12
## EXCLUDE APOLOGIES, REMORSE OR SYMPATHY
## EXPRESSED BY DEFENDANTS OR COUNSEL.

George (Joe) Forbes was killed when his pick-up truck was struck by a tractor trailer truck which ran a red light. The tractor trailer truck was owned by Gregory Trucking Co. Inc., (Gregory) and operated by Gregory's employee - Wiley Lenue Hooks, Jr. (Hooks).  It is alleged Gregory negligently hired Hooks who had a pending criminal charge for driving while impaired (his 5th) when Gregory hired Hooks; and that Gregory was negligent in training and supervising Hooks, as well as negligently entrusting the driver with a tractor trailer truck.

The plaintiff asks the court to issue an order to all the defendants and their counsel that there shall not be any apologies or expressions of remorse or sympathy expressed in front of the jury regarding the death of the Plaintiff or the losses visited upon his relatives.

As grounds therefore the Plaintiff states as follows:

The defendants have not heretofore made any private or public apology or expressions of sympathy or remorse. To allow the defendants, or their counsel, to do it – for the first time - in front of the jury will simply be a transparent effort of pandering to mitigate the Defendant's actions which may amount to gross negligence. "[A]ppeals to sympathy ... obscure the clarity with which the jury would look at the evidence ..." *Commonwealth v. Bois,* 476 Mass. 15, 34 (2016), quoting *Commonwealth v. Santiago,* 425 Mass. 491, 501 (1997), S.C., 427 Mass. 298 and 428 Mass. 39, cert. denied, 525 U.S. 1003 (1998).

WHEREFORE, Counsel for the Plaintiff asks the court to issue an order to all the defendants and their counsel that there shall not be any apologies or expressions of remorse or sympathy expressed in front of the jury regarding the death of the Plaintiff or the losses visited upon his relatives.

Thomas Forbes as he is the Personal Representative of the Estate of George Forbes v. Gregory Trucking Company, Inc. et. al.

C.A. No. 3:17 – CV 30174-MAP

Page 2

PX~MIL~278

1  **Dated:**

2

3  THOMAS FORBES, as he is the
4  Personal Representative of the
5  Estate of GEORGE J. FORBES

6

7  By: /s/ *Dino M. Tangredi*

8

9  **Dino M. Tangredi**
10 **BBO No. 567928**
11 **The Miles Pratt House**
12 **106 Mount Auburn Street**
13 **Watertown, MA. 02472**
14 **T:**   617-926-0012
15 **F:**   617.926.0016
16 masslaw@dinotangredi.com

34 DMT/mlt
35 70103/LIMINE-12-SYMPATHY

Thomas Forbes as he is the Personal Representative of the Estate of George Forbes
v.
Gregory Trucking Company, Inc. et. al.
C.A. No. 3:17 – CV 30174-MAP

PX~MIL~280