# UNITED STATES DISTRICT COURT
# IN THE WESTERN DIVISION OF MASSACHUSETTS
# SPRINGFIELD, MA.

Civil Action No.17 CV 30174

*****************************************

**THOMAS FORBES, as he is the Personal Representative of the Estate of GEORGE J. FORBES,**
                        **PLAINTIFF**

v.

**GREGORY TRUCKING COMPANY, INC., WILEY LENUE HOOKS, JR., GREGORY LEASING COMPANY, INC. BSG LEASING, INC.; and B&C TIMBERS LLC.**
                        **DEFENDANTS**

******************************************

## PLAINTIFF'S MOTION IN LIMINE NO. 13
## REQUEST FOR FORTY-FIVE (45) MINUTES FOR AN OPENING STATEMENT

George (Joe) Forbes was killed when his pick-up truck was struck by a tractor trailer truck which ran a red light. The tractor trailer truck was owned by Gregory Trucking Co. Inc., (Gregory) and operated by Gregory's employee - Wiley Lenue Hooks, Jr. (Hooks). It is alleged Gregory negligently hired Hooks who had a pending criminal charge for driving while impaired (his 5th) when Gregory hired Hooks; and that Gregory was negligent in training and supervising Hooks, as well as negligently entrusting the driver with a tractor trailer truck.

*Thomas Forbes as he is the Personal Representative of the Estate of George Forbes*
*v.*
*Gregory Trucking Company, Inc. et. al.*

C.A. No. 3:17 – CV 30174-MAP

The plaintiff asks the court to allow counsel for the Plaintiff to have forty-five (45) minutes for the opening statement.

As grounds therefore the Plaintiff states as follows:

There are four (4) corporate defendants, one (1) individual defendant, and eight (8) causes of action alleged by the Plaintiff. In order to set out each and every element of each and every cause of action against each and every defendant the Plaintiff will need sufficient time to meet the requirements imposed by law and to provide the jury a road map of the case.

WHEREFORE, Counsel for the Plaintiff asks the court – in its discretion - to allow the Plaintiff up to forty-five (45) minutes to make his opening statement.

ated:

THOMAS FORBES, as he is the
Personal Representative of the
Estate of GEORGE J. FORBES

By: */s/ Dino M. Tangredi*

**Dino M. Tangredi**
**BBO No. 567928**
**The Miles Pratt House**
**106 Mount Auburn Street**
**Watertown, MA. 02472**
**T:    617-926-0012**
**F:    617.926.0016**
**masslaw@dinotangredi.com**

DMT/mlt
70103/LIMINE-13-45-MINUTE-OPENING-STMT

PX~MIL~284