UNITED STATES DISTRICT COURT
IN THE WESTERN DIVISION OF MASSACHUSETTS
SPRINGFIELD, MA.

Civil Action No.17 CV  30174

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**THOMAS FORBES, as he is the**
**Personal Representative of the**
**Estate of GEORGE J. FORBES,**
**PLAINTIFF**

v.

**GREGORY TRUCKING COMPANY,**
**INC., WILEY LENUE HOOKS, JR.,**
**GREGORY LEASING COMPANY, INC.**
**BSG LEASING, INC.;  and**
**B&C TIMBERS LLC.**
**DEFENDANTS**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## PLAINTIFF'S MOTION IN LIMINE NO. 14
## REQUEST FOR THE JUROR LIST THIRTY (30) DAYS BEFORE TRIAL

George (Joe) Forbes was killed when his pick-up truck was struck by a tractor trailer truck which ran a red light. The tractor trailer truck was owned by Gregory Trucking Co. Inc., (Gregory) and operated by Gregory's employee - Wiley Lenue Hooks, Jr. (Hooks).  It is alleged Gregory negligently hired Hooks who had a pending criminal charge for driving while impaired (his 5th) when Gregory hired Hooks; and that Gregory was negligent in training and supervising Hooks, as well as negligently entrusting the driver with a tractor trailer truck.

1  The plaintiff asks the court to provide the parties with the juror list thirty (30)
2  days before trial.
3
4  As grounds therefore the Plaintiff states as follows:
5
6  Since before our nation's founding, the idea that the identities of jurors
7  would be known not just to the parties before a court but also to the
8  community at large has been a fundamental principle of the American
9  judicial system. "When the colonists imported the jury system to America,"
10 a Massachusetts trial court recognized, "they brought with them a system in
11 which a defendant in all types of criminal trials traditionally had been tried
12 by individuals whom the defendant knew or, at least was highly likely to
13 know."  *Commonwealth v. Dupont*, No. 85-981-987, 1998 Mass. Super.
14 LEXIS 476, at *55 (Mass. Super. Ct. Aug. 24, 1998).  A different court
15 similarly pointed out that the jury selection for the British soldiers on trial
16 for committing the Boston Massacre "was open to the public, and the
17 identities of the jurors who acquitted the soldiers were known to the
18 community." *Commonwealth v. Fujita*, 470 Mass. 484, 486 n.8 (2015).
19
20 Under the Plan For Random Jury Selection in the federal Courts, 28 U.S.C.
21 §1863 (b)(7) states that "such plan shall fix the time when the names drawn
22 from the qualified jury wheel shall be disclosed to parties and to the public."
23
24 Massachusetts has a similar statute:

MGL c 234A Section 67: List of grand and trial jurors expected to appear sent or delivered to appropriate clerks of court

> Section 67. Not later than ten days in advance of scheduled appearances by jurors, the office of jury commissioner shall send or deliver to the appropriate clerks of court a list of the grand and trial jurors expected to appear for service in the respective courts. The list shall contain the name, address, and date of birth of each juror and such other information as the jury commissioner, with the approval of the committee, deems appropriate. Unless the court orders otherwise, the list shall be available upon request for inspection by parties, counsel, their agents, and members of the public.

WHEREFORE, Counsel for the Plaintiff asks the court to provide the parties with the juror list thirty (30) days before trial.

**Dated:**

THOMAS FORBES, as he is the Personal Representative of the Estate of GEORGE J. FORBES

By: /s/ Dino M. Tangredi

**Dino M. Tangredi**
**BBO No. 567928**
**The Miles Pratt House**
**106 Mount Auburn Street**
**Watertown, MA. 02472**
**T:   617-926-0012**
**F:   617.926.0016**
**masslaw@dinotangredi.com**

DMT/mlt
70103/LIMINE-14-juror list

*(Sidebar: Thomas Forbes as he is the Personal Representative of the Estate of George Forbes v. Gregory Trucking Company, Inc. et. al.  C.A. No. 3:17 – CV 30174-MAP)*

PX~MIL~288