# UNITED STATES DISTRICT COURT
# IN THE WESTERN DIVISION OF MASSACHUSETTS
# SPRINGFIELD, MA.

Civil Action No.17 CV 30174

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**THOMAS FORBES, as he is the**
**Personal Representative of the**
**Estate of GEORGE J. FORBES,**
          **PLAINTIFF**

v.

**GREGORY TRUCKING COMPANY,**
**INC., WILEY LENUE HOOKS, JR.,**
**GREGORY LEASING COMPANY, INC.**
**BSG LEASING, INC.; and**
**B&C TIMBERS LLC.**
          **DEFENDANTS**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## PLAINTIFF'S MOTION IN LIMINE NO. 15
## REQUEST FOR FIFTEEN (15) PEREMPTORY CHALLENGES

George (Joe) Forbes was killed when his pick-up truck was struck by a tractor trailer truck which ran a red light. The tractor trailer truck was owned by Gregory Trucking Co. Inc., (Gregory) and operated by Gregory's employee - Wiley Lenue Hooks, Jr. (Hooks). It is alleged Gregory negligently hired Hooks who had a pending criminal charge for driving while impaired (his 5th) when Gregory hired Hooks; and that Gregory was negligent in training and supervising Hooks, as well as negligently entrusting the driver with a tractor trailer truck.

Thomas Forbes as he is the Personal Representative of the Estate of George Forbes
v.
Gregory Trucking Company, Inc. et. al.

C.A. No. 3:17 – CV 30174-MAP

1  The plaintiff asks the court to allow it fifteen (15) peremptory challenges.

3  As grounds therefore the Plaintiff states as follows:

5  F.R. Civ. P 47(b) states the court must allow the number of peremptory challenges as allowed under 28 U.S.C. §1870.  28 U.S.C. §1870 allows each party to three (3) peremptory challenges.  Since there are five (5) defendants who will collectively get fifteen (15) peremptory challenges, the Plaintiff requests an equitable amount – fifteen (15)

11  WHEREFORE, Counsel for the Plaintiff asks the court to allow the Plaintiff fifteen (15) peremptory challenges of the jury.

Dated:

THOMAS FORBES, as he is the
Personal Representative of the
Estate of GEORGE J. FORBES

By: /s/ Dino M. Tangredi

**Dino M. Tangredi**
**BBO No. 567928**
**The Miles Pratt House**
**106 Mount Auburn Street**
**Watertown, MA. 02472**
**T:    617-926-0012**
**F:    617.926.0016**
masslaw@dinotangredi.com

DMT/mlt
70103/LIMINE-15-PEREMPTORY CHALLENGES

# 28 U.S. Code § 1870. Challenges

U.S. Code    Notes

In civil cases, each party shall be entitled to three peremptory challenges. Several defendants or several plaintiffs may be considered as a single party for the purposes of making challenges, or the court may allow additional peremptory challenges and permit them to be exercised separately or jointly.

All challenges for cause or favor, whether to the array or panel or to individual jurors, shall be determined by the court.

(June 25, 1948, ch. 646, 62 Stat. 953; Pub. L. 86–282, Sept. 16, 1959, 73 Stat. 565.)