# UNITED STATES DISTRICT COURT
# IN THE WESTERN DIVISION OF MASSACHUSETTS
# SPRINGFIELD, MA.

**Civil Action No.17 CV  30174**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**THOMAS FORBES, as he is the**
**Personal Representative of the**
**Estate of GEORGE J. FORBES,**
                    **PLAINTIFF**

**v.**

**GREGORY TRUCKING COMPANY,**
**INC., WILEY LENUE HOOKS, JR.,**
**GREGORY LEASING COMPANY, INC.**
**BSG LEASING, INC.;  and**
**B&C TIMBERS LLC.**
                    **DEFENDANTS**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the Plaintiff's Motions in Limine was served upon each party appearing pro se and the attorney of record for each other party on ___8|3|2021___ by:

___  U.S. mail
___  In hand
X_  E-mail
___  Fax

Page 1

1
2
3
4
5   **Dated:  August 3, 2021**

6

7   THOMAS FORBES, as he is the
8   Personal Representative of the
9   Estate of GEORGE J. FORBES
10
11   By*: /s/ Dino M. Tangredi*
12
13   **Dino M. Tangredi**
14   **BBO No. 567928**
15   **The Miles Pratt House**
16   **106 Mount Auburn Street**
17   **Watertown, MA. 02472**
18   **T:     617-926-0012**
19   **F:     617.926.0016**
20   **masslaw@dinotangredi.com**
21
22
23
24
25
26
27
28
29
30
31
32
33
34
35
36   DMT/mlt
37   70103/certificate of service

Page 2