# UNITED STATES DISTRICT COURT
# IN THE WESTERN DISTRICT OF MASSACHUSETTS
# SPRINGFIELD, MA.

Civil Action No. 3:17-CV-30174-MAP

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

THOMAS FORBES, as he is the
Personal Representative of the
Estate of GEORGE J. FORBES,
        PLAINTIFF

v.

GREGORY TRUCKING COMPANY, INC.;
WILEY LENUE HOOKS,
GREGORY LEASING COMPANY, INC.;
B S G LEASING, INC.;
B&C TIMBERS LLC.;   and
BB&S ACQUISITION CORP.
        DEFENDANTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## AFFIDAVIT OF DINO M. TANGREDI
## CONCERNING COSTS AS ATTORNEY FOR PLAINTIFF

I hereby depose and state as follows:

1. My name is Dino M. Tangredi

2. I am an attorney in good standing in the Federal Court –

   Massachusetts District.



3. I am the attorney representing the Plaintiff, Thomas Forbes, Personal Representative of the Estate of George J. Forbes.

4. Judgment entered on September 30, 2021 in favor of Plaintiff in the above referenced case against all Defendants, except, B&C Timbers, LLC.

5. I have prepared the attached Bill for Out of Costs for Taxation in this matter as allowed under Fed.R.Civ.P. 54(d) and 28 U.S.C. §1920, the original of which is attached hereto.

6. I am also submitting herewith the Bill of Costs with supporting documentation attached to the pertinent Exhibits attached thereto.

7. I hereby verify and certify that the charges listed in the attached bill and the Bill of Costs are correct, have been necessarily incurred in the above reference case and that the services for which fees have been charged were actually and necessarily performed.

8. I also state that the costs for printing and copying is no higher than what is generally charged for reproduction in the local area, and that no more copies than what was actually necessary were reproduced.

*Signed under the pains and penalties of perjury* this **15th** day of **October, 2021.**

By: /s/ *Dino M. Tangredi*

**Dino M. Tangredi**
**BBO No. 567928**
**The Miles Pratt House**
**106 Mount Auburn Street**
**Watertown, MA. 02472**
**617-926-0012**

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon each party appearing pro se and the attorney of record for each other party on 10/15/21 by:

U.S. mail ____.
In hand ____.
e-mail ✓.

70103/AFFDVT-COSTS